

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Harlan J. Protass
Partner
protass@clayro.com

November 16, 2011

VIA ECF

Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

   Re: United States v. Scott Fappiano, Case No. 11-CR-30 (KAM)

Dear Judge Matsumoto:

  This firm represents defendant Scott Fappiano in the referenced matter.  Pursuant to this Court's November 15, 2011 Order modifying Mr. Fappiano's conditions of release, Mr. Fappiano appeared yesterday in the Municipal Court of South Brunswick (located in Monmouth Junction, NJ) in connection with a DWI-related conviction in that jurisdiction that pre-dated his arrest in this matter.  That New Jersey court adjourned all proceedings in that matter until January 31, 2012 (after his January 20, 2012 sentencing date herein).  Mr. Fappiano therefore returned to his home in the Eastern District of New York and, pursuant this Court's instruction, will report in to his pre-trial services officer (Ms. Laura Fahmy-Tranchina) today.

  Thank you for your consideration and attention to this matter.

           Respectfully submitted,

           /S/

           Harlan J. Protass


cc: Allon Lifshitz, Esq. (via ECF)
   Elizabeth Geddes, Esq. (via ECF)
   Assistant United States Attorneys

   Ms. Laura Fahmy-Tranchina (via e-mail)
   United States Pre-Trial Service Officer